HEATHER E. WILLIAMS, Bar #122664
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
(916) 498-5700 Fax (916) 498-5710

Attorney for Defendant
JOHN MICHAEL NIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:19-mj-00037-JDP |
| | ) | |
| Plaintiff, | ) | REQUEST FOR RULE 43 WAIVER OF |
| | ) | APPEARANCE AND FOR APPEARANCE BY |
| vs. | ) | VIDEO; ORDER |
| | ) | |
| JOHN MICHAEL NIX , | ) | |
| | ) | Date: September 11, 2019 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Jeremy D. Peterson |
| | ) | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), John Michael Nix, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for his initial appearance, and be allowed to appear via video conference. Mr. Nix agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times. The government has no objection to this request.

Mr. Nix is charged with: (1) Violating a closure (2) operating a motor vehicle off-road; and (3) operating a motor vehicle without due care. This is Mr. Nix's first request for a waiver of appearance.

Mr. Nix lives in Pacific City, Oregon. He is employed with Columbia Distribution. He

makes $15.75 an hour. It would be a serious hardship for Mr. Nix to travel to Yosemite, both because of the cost and because he would miss work.

Accordingly, Mr. Nix respectfully requests that the Court grant a waiver of his right and obligation to be personally present and that he be permitted to appear via video conference from the federal courthouse in Portland, Oregon.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 26, 2019

*/s/ Rachelle Barbour*
RACHELLE BARBOUR
Attorney for Defendant
JOHN MICHAEL NIX

Request for Rule 43 Waiver of Appearance

2

ORDER

Good cause appearing, the above request for defendant's waiver of personal appearance and request to appear via video conference at the initial appearance hearing in Case No. 6:19-mj-0037-JDP, is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated: August 29, 2019

_____
UNITED STATES MAGISTRATE JUDGE

Request for Rule 43 Waiver of Appearance

3