Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>JOHN MICHAEL NIX,<br><br>Defendant. | Docket Number: 6:19-mj-00037-JDP<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

     The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for February 12, 2020. The Defendant is in agreement with this request. To date, Defendant has complied with all the terms of unsupervised probation as ordered by this Court on September 11, 2019.
.

     Dated: January 16, 2020                      /S/ Susan St. Vincent
                                                                      Susan St. Vincent
                                                                      Legal Officer
                                                                      Yosemite National Park

## ORDER

Upon application of the United States, good cause having been shown therefor, we order that the review hearing scheduled for February 12, 2020 in the above-referenced matter, *United States v. Nix*, 6:19-mj-0037-JDP, be vacated.

IT IS SO ORDERED.

Dated:   January 21, 2020                                  _____
                                                                          UNITED STATES MAGISTRATE JUDGE